**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Trenton, NJ**

CARLOS FRANCO NAVARRO SANTANA, et al.

Petitioner,

v.

Case No.: 3:26−cv−08727−ZNQ
Judge Zahid N. Quraishi

TODD BLANCHE, et al.

Respondent.

**Order For Dismissal Pursuant to L.Civ.R. 41.1(a)**

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 15th day of September, 2026,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

/s/ Zahid N. Quraishi

ZAHID N. QURAISHI United States District Judge